```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
JPMORGAN CHASE BANK, N.A.,

                    Plaintiff,
                                          23-cv-7145 (JGK)
     - against -
                                          ORDER
AVARA US HOLDINGS LLC,

                    Defendant.
------------------------------------
```

**JOHN G. KOELTL, District Judge:**

The plaintiff is represented by Latham & Watkins LLP. The Court's niece is an equity partner in Latham & Watkins, but she does not work on the Court's cases and has not and will not share in any income from this case. Nothing about this has affected or will affect anything the Court does in this case.

**SO ORDERED.**

Dated:   New York, New York
         August 17, 2023

                                      /s/ John G. Koeltl
                                    _____
                                        John G. Koeltl
                                 United States District Judge