UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

JPMORGAN CHASE BANK, N.A.,

                Plaintiff,

- against -

AVARA US HOLDINGS, LLC,

                Defendant.

23-cv-7145 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    As stated at the conference held on September 15, 2023, the parties are directed to submit a proposed briefing schedule for the parties' motions by **September 22, 2023.**

**SO ORDERED.**

Dated:    New York, New York
            September 15, 2023

                                            John G. Koeltl
                                     United States District Judge