UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JP MORGAN CHASE BANK,
                Plaintiff(s)

                23 civ 7145 (JGK)

    -against-

AVARA US HOLDINGS LLC,
                Defendant(s).
------------------------------------------------------------X

## ORDER

Motions to dismiss and partial summary judgment currently pending before this Court,

The conference scheduled for December 5, 2023, is canceled.

**SO ORDERED.**

                                                      **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 28, 2023