Christopher Harris
christopher.harris@lw.com
212.906.1880

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

January 5, 2024

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
500 Pearl Street
New York, NY 10007

Re: *JPMorgan Chase Bank, N.A. v. Avara US Holdings, LLC*, No. 23-cv-7145 (JGK)

Dear Judge Koeltl:

On behalf of JPMorgan Chase Bank, N.A. ("JPM"), we write pursuant to Rule VI.A.2 of the Court's Individual Practices to seek leave to file under seal the unredacted version of JPM's Letter Request for Expedited Resolution pursuant to Federal Rule of Civil Procedure 57 (the "Letter").

The Letter contains a brief reference to financial information of Defendant Avara US Holdings, LLC ("AUS"), which AUS has previously requested be filed under seal (*see* ECF No. 67), and which request this Court previously granted (*see* ECF No. 68). Redaction of this information is narrowly tailored and conceals only the information AUS requested be sealed and that was sealed by this Court.

The Letter is currently filed publicly with partial redaction of this information. Accordingly, JPM seeks leave to file under seal the unredacted version of the Letter.

Respectfully submitted,

*Christopher Harris*
Christopher Harris

cc:    All Counsel of Record (by ECF)

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

1/8/24