UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

JPMORGAN CHASE BANK, N.A.,

                Plaintiff,                23-cv-7145 (JGK)

      - against -                  <u>ORDER</u>

AVARA US HOLDINGS LLC,

                Defendant.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument on all open motions on **January 22, 2024, at 2:30 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
          January 11, 2024

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                              United States District Judge