```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

JPMORGAN CHASE BANK, N.A.,

                Plaintiff,           23-cv-7145 (JGK)

     - against -                <u>ORDER</u>

AVARA US HOLDINGS LLC,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court has reviewed the parties' correspondence. The Court expected some more cooperation among the parties which would be in both parties' interests. In any event, the parties should consult and determine if they can arrive at an agreed method of arriving at a settlement. The parties should so advise the Court by a joint letter by **Monday, January 29, 2024.**

SO ORDERED.

Dated:    New York, New York
            January 25, 2024

                                                /s/ John G. Koeltl
                                                  John G. Koeltl
                                       United States District Judge