UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JP MORGAN CHASE BANK, N.A.

                Plaintiff,        23-cv-7145 (JGK)

      - against -               ORDER

AVARA US HOLDINGS LLC

                Defendant.

---

JOHN G. KOELTL, District Judge:

On February 21, 2024, the Court stayed this case pending resolution of the Oklahoma action. The parties should advise the Court regarding the status of this case by **September 30, 2025.**

SO ORDERED.

Dated:    New York, New York
            September 16, 2025

                                        John G. Koeltl
                                United States District Judge